152 So. 924

**Leonard MOONEYHAM v. STATE.**

8 Div. 862.

Court of Appeals of Alabama.
Feb. 13, 1934.

RICE, Judge.
Affirmed.

■

159 So. 920

**Will MOONEYHAM v. STATE.**

8 Div. 43.

Court of Appeals of Alabama.
Feb. 12, 1935.

RICE, Judge.
Affirmed.

160 So. 922

■

**Ben MOORE v. STATE.**

8 Div. 105.

Court of Appeals of Alabama.
March 19, 1935.

Wm. L. Chenault, of Russellville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

The record here is in an essentially similar, though not identical, condition to that exhibited in the case of Edward Crittenden v. State, present term, ante, p. 632, 159 So. 890.

Upon the authority of our holding in that case, the judgment here appealed from is reversed, and the cause remanded.

Reversed and remanded.

■

153 So. 922

**Frank MOORE v. STATE.**

8 Div. 905.

Court of Appeals of Alabama.
March 6, 1934.

SAMFORD, Judge.
Affirmed.